[No. 54159-5-I.   Division One.   November 8, 2004.]

*In the Matter of the Personal Restraint of* JOSEPH STEPHEN BRASSY-APODACA, *Petitioner.*

Petition for relief from personal restraint. *Remanded* for a reference hearing by unpublished per curiam opinion.

[No. 29288-2-II.   Division Two.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN DALE MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01677-6, Kitty-Ann van Doorninck, J., entered August 27, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.

[No. 30486-4-II.   Division Two.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY RALSTON ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-05832-1, James R. Orlando, J., entered June 17, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 30648-4-II.   Division Two.   November 9, 2004.]

KELLY L. DAY, *Respondent*, v. RICHARD JOEL MCKINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-3-00109-4, F. Mark McCauley, J., entered July 1, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.